**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-2450**

CAINE MITTER & ASSOCIATES, INCORPORATED,

Plaintiff - Appellee,

versus

GEORGE H. LANE, III; REALTY MANAGEMENT CORPORATION; REALTY DEVELOPMENT CORPORATION; ROSWELL ROAD ASSOCIATES, LTD; FRANKLIN WALK ASSOCIATES, L.P.; LANE REAL ESTATE SERVICES, INCORPORATED; LANE REALTY ADVISORS, INCORPORATED; LANE REALTY, INCORPORATED; REALTY MARKETING CORPORATION; REALTY BROKERAGE CORPORATION; HAMPTON HILLS BONDHOLDER, LLC; LANE COMPANY NEW YORK, LTD,

Defendants - Appellants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Richard D. Bennett, District Judge. (CA-03-647-8RDB)

Argued: September 19, 2005          Decided: November 16, 2005

Before WILKINSON and MOTZ, Circuit Judges, and R. Bryan HARWELL, United States District Judge for the District of South Carolina, sitting by designation.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Claudia Callaway, PAUL, HASTINGS, JANOFSKY & WALKER, Washington, D.C., for Appellants. Cassandra Pauline Hicks, HICKS & WEINTRAUB, Rockville, Maryland, for Appellee. **ON BRIEF:** Sabrina

Rose Smith, PAUL, HASTINGS, JANOFSKY & WALKER, Washington, D.C., for Appellants. Jeffrey S. Weintraub, HICKS & WEINTRAUB, Rockville, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George H. Lane, III; Realty Management Corporation; Realty Development Corporation; Roswell Road Associates, Ltd; Franklin Walk Associates, L.P.; Lane Real Estate Services, Incorporated; Lane Realty Advisors, Incorporated; Lane Realty, Incorporated; Realty Marketing Corporation; Realty Brokerage Corporation; Hampton Hills Bondholder, LLC; and Lane Company New York, Ltd appeal the district court's order granting summary judgment to plaintiff in this action alleging breach of contract, quantum meruit, and unjust enrichment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Caine Mitter & Assoc. v. Lane, et al., No. CA-03-647-8RDB (D. Md. August 2, 2004).

AFFIRMED

3